# EXHIBIT I

# TurboTax Deluxe

## QuickStart Guide



**WINDOWS 95**
**WINDOWS 3.1**
Final Edition
Tax Year 1996

























```
John P Smith
123 East St.
Smallville, VA 22123



1996 U. S. INDIVIDUAL INCOME TAX RETURN SUMMARY

        Adjusted Gross Income       $     50,000
        Taxable Income              $     43,450
        Total Tax                   $     13,053
        Total Payments              $     12,000
        Payment Due IRS             $      1,053
        Tax Bracket                       28.00 %


INSTRUCTIONS FOR FILING YOUR RETURN ELECTRONICALLY

You have indicated that you want to file this return electronically.
Please refer to the Electronic Filing Form, Page 3, Step 7
for detailed instructions regarding electronic filing.
```

```
KEEP THIS PAGE FOR YOUR RECORDS -- DO NOT MAIL.
```

▼ Detach Here and Mail with Your Payment ▼

| Form **1040-V** | **Payment Voucher** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Do not staple or attach this voucher or your payment to your return. | **1996** |

| 1 Enter the Amount of the Payment You Are Making | 2 Enter the First Four Letters of Your Last Name | 3 Enter Your Social Security Number |
|---|---|---|
| ► $ 1,053. | SMIT | 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 |

| 4 If a Joint Return, Enter Your Spouse's Social Security Number | 5 Enter Your Name(s) |  |
|---|---|---|
|  | John P Smith |  |
|  | Enter Your Address |  |
|  | 123 East St. |  |
|  | Enter Your City | State   ZIP Code |
|  | Smallville | VA   22123 |

**BAA  For Paperwork Reduction Act Notice, see instructions.**

FDIA8601   11/13/96

| FORM **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **1996** | | (99) IRS use only — Do not write or staple in this space. | OMB No. 1545-0074 |
|---|---|---|---|---|

For the year Jan 1 - Dec 31, 1996, or other tax year beginning         , 1996, ending         , 19

| **Label**<br>(See instructions.)<br>**Use the IRS label.**<br>Otherwise, please print or type.<br>**Presidential Election Campaign**<br>(See instructions.) | Your First Name: John   MI: P   Last Name: Smith<br>If a Joint Return, Spouse's First Name   MI   Last Name<br>Home Address (number and street). If You Have a P.O. Box, See Instructions.   Apartment No.<br>123 East St.<br>City, Town or Post Office. If You Have a Foreign Address, See Instructions.   State   ZIP Code<br>Smallville   VA   22123<br>▶ Do you want $3 to go to this fund?.......<br>If a joint return, does your spouse want $3 to go to this fund?....... | Your Social Security No.: 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<br>Spouse's Social Security No.<br>**For help finding line instructions, see instructions in the booklet.**<br>Yes / No [X]<br>Note: Checking 'Yes' will not change your tax or reduce your refund. |

**Filing Status**
Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here... ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here... ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19     ). (See instructions.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.............
b [ ] Spouse

No. of boxes checked on lines 6a & 6b ........ 1

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number. If born in December 1996, see instructions | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1996 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____

Dependents on line 6c not entered above _____

If more than 6 dependents, see the instructions for line 6c.

d Total number of exemptions claimed..............

Add numbers entered on lines above ▶ 1

**Income**

Attach Copy B of your Forms W-2, W-2G, & 1099-R here.

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose **Form 1040-V** (see the instructions for line 62).

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2............. | 7 | 50,000. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if over $400............. | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a.......   8b |   | |
| 9 | Dividend income. Attach Schedule B if over $400............. | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions)..... | 10 | |
| 11 | Alimony received.............. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ............. | 12 | |
| 13 | Capital gain or (loss). If required, attach Schedule D............. | 13 | |
| 14 | Other gains or (losses). Attach Form 4797............. | 14 | |
| 15a | Total IRA distributions......  15a _____  b Taxable amount (see instrs).. | 15b | |
| 16a | Total pensions and annuities .....  16a _____  b Taxable amount (see instrs).. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Sch E...... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F............. | 18 | |
| 19 | Unemployment compensation............. | 19 | |
| 20a | Social security benefits......  20a _____  b Taxable amount (see instrs).. | 20b | |
| 21 | Other income. List type and amount — see instructions<br>_____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 - 21. This is your **total income**...... ▶ | 22 | 50,000. |

**Adjusted Gross Income**

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| 23a | Your IRA deduction (see instructions)............   23a |   | |
|---|---|---|---|
| b | Spouse's IRA deduction (see instructions)............   23b |   | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F.............   24 |   | |
| 25 | One-half of self-employment tax. Attach Schedule SE......   25 |   | |
| 26 | Self-employed health insurance deduction (see instructions).   26 |   | |
| 27 | Keogh and self-employed SEP plans. If SEP, check ..... ▶[ ]   27 |   | |
| 28 | Penalty on early withdrawal of savings ..................   28 |   | |
| 29 | Alimony paid. Recipient's SSN ▶ _____   29 |   | |
| 30 | Add lines 23a - 29............. | 30 | |
| 31 | Subtract line 30 from line 22. This is your **adjusted gross income**............. ▶ | 31 | 50,000. |

**BAA** For Privacy Act and Paperwork Reduction Act Notice, see instructions.                                                              Form **1040** (1996)

FDIA0112   12/03/96

Form **1040** (1996)   John P Smith                                                             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      Page **2**

| | | | |
|---|---|---|---|
| **Tax Computation** | 32 Amount from line 31 (adjusted gross income) | 32 | 50,000. |

33a Check if:  ☐ You were 65/older,  ☐ Blind;  ☐ Spouse was 65/older,  ☐ Blind
Add the number of boxes checked above and enter the total here ▶ 33a ☐

b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 33b ☐

34 Enter the larger of your:
Itemized deductions from Schedule A, line 28, **Or**
Standard deduction shown below for your filing status. **But** see the instructions if you checked any box on line 33a or b **or** someone can claim you as a dependent.
• Single — $4,000   • Married filing jointly or Qualifying widow(er) — $6,700
• Head of household — $5,900   • Married filing separately — $3,350
| 34 | 4,000. |

| | | | |
|---|---|---|---|
| | 35 Subtract line 34 from line 32 | 35 | 46,000. |
| If you want the IRS to figure your tax, see the instructions for line 37. | 36 If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the instructions for the amount to enter | 36 | 2,550. |
| | 37 **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 43,450. |
| | 38 **Tax.** See instructions. Check if total includes any tax from  **a** ☐ Form(s) 8814  **b** ☐ Form 4972 ▶ | 38 | 9,053. |

| **Credits** | | | | |
|---|---|---|---|---|
| | 39 Credit for child and dependent care expenses. Attach Form 2441 | 39 | | |
| | 40 Credit for the elderly or the disabled. Attach Sch R | 40 | | |
| | 41 Foreign tax credit. Attach Form 1116 | 41 | | |
| | 42 Other. Check if from ... **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (spec) _____ | 42 | | |
| | 43 Add lines 39 through 42 | | 43 | |
| | 44 Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- ▶ | | 44 | 9,053. |

| **Other Taxes** | | | |
|---|---|---|---|
| | 45 Self-employment tax. Attach Schedule SE | 45 | |
| | 46 Alternative minimum tax. Attach Form 6251 | 46 | |
| | 47 SS and Medicare tax on tip income not reported to employer. Attach Form 4137 | 47 | |
| | 48 Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 48 | |
| | 49 Advance earned income credit payments from Form(s) W-2 | 49 | |
| | 50 Household employment taxes. Attach Schedule H | 50 | |
| | 51 Add lns 44 - 50. This is your **total tax** .. UT ............. 4,000. ▶ | 51 | 13,053. |

| **Payments** | | | | |
|---|---|---|---|---|
| | 52 Federal income tax withheld from Forms W-2 and 1099 | 52 | 12,000. | |
| | 53 1996 estimated tax payments and amount applied from 1995 return | 53 | | |
| Attach Forms W-2, W-2G, and 1099-R to page 1. | 54 **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ _____ and type ... ▶ _____ | 54 | | |
| | 55 Amount paid with Form 4868 (request for extension) | 55 | | |
| | 56 Excess social security and RRTA tax withheld (see instrs) | 56 | | |
| | 57 Other payments. Check if from ... **a** ☐ Form 2439 **b** ☐ Form 4136 | 57 | | |
| | 58 Add lines 52 - 57. These are your **total payments** ▶ | | 58 | 12,000. |

| **Refund** Have it sent directly to your bank account! See instructions and fill in 60b, c, and d. | 59 If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you **Overpaid** | 59 | |
|---|---|---|---|
| | 60a Amount of line 59 you want **Refunded to You** ▶ | 60a | |
| | ▶ **b** Routing number .. _____ **c** Type: ☐ Checking ☐ Savings  **d** Account number .. _____ | | |
| | 61 Amount of line 59 you want **Applied to Your 1997 Estimated Tax** ▶ | 61 | |

| **Amount You Owe** | 62 If line 51 is more than line 58, subtract line 58 from line 51. This is the **Amount You Owe.** For details on how to pay and use **Form 1040-V**, see instructions ▶ | 62 | 1,053. |
|---|---|---|---|
| | 63 Estimated tax penalty. Also include on line 62 | 63 | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature ▶ | Date | Your Occupation  Tester |
|---|---|---|
| Spouse's Signature. If a Joint Return, BOTH Must Sign. ▶ | Date | Spouse's Occupation |

**Paid Preparer's Use Only**

| Preparer's Signature ▶ | Date | Check if self-employed ☐ | Preparer's Social Security No. |
|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ▶  Self-prepared | | EIN  ZIP Code | |

| Declaration Control Number (DCN) | | | | |
|---|---|---|---|---|
| 00 - ▯▯▯▯▯▯ - ▯▯▯▯▯ - 7 | | IRS Use Only — Do not write or staple in this space. | | |

**Form 8453-OL**
Department of the Treasury
Internal Revenue Service

**U.S. Individual Income Tax Declaration for On-Line Filing**
For the year January 1 - December 31, 1996
► See instructions.

OMB No. 1545-1397

**1996**

**Use the IRS label. Otherwise, please print or type.**

LABEL HERE

| Your First Name and Initial | Last Name | Your Social Security Number |
|---|---|---|
| John P | Smith | 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 |
| If a Joint Return, Spouse's First Name and Initial | Last Name | Spouse's Social Security Number |
| | | |
| Home Address (number and street). (If a P.O. box, see instructions.) | Apartment Number | Telephone Number (optional) |
| 123 East St. | | (202) 987-6543 |
| City, Town or Post Office | State   ZIP Code | For Paperwork Reduction Act Notice, see instructions. |
| Smallville | VA      22123 | |

### Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) | 1 | 50,000. |
| 2 | Total tax (Form 1040, line 51; Form 1040A, line 28; Form 1040EZ, line 10) | 2 | 13,053. |
| 3 | Federal income tax withheld (Form 1040, line 52; Form 1040A, line 29a; Form 1040EZ, line 7) | 3 | 12,000. |
| 4 | Refund (Form 1040, line 60a; Form 1040A, line 31a; Form 1040EZ, line 11a) | 4 | |
| 5 | Amount you owe (Form 1040, line 62; Form 1040A, line 33; Form 1040EZ, line 12). See instructions | 5 | 1,053. |

### Part II — Direct Deposit of Refund (Optional — See Instructions.)

ATTACH COPY OF YOUR W-2, W-2G, AND 1099-R FORMS HERE

6 Routing number ........ _____      The first two digits of the routing number must be 01 through 12 or 21 through 32.

7 Account number ..... _____

8 Type of account:  ☐ Checking   ☐ Savings

### Part III — Declaration of Taxpayer

If I have completed Part II above, I consent that my refund be directly deposited as designated in Part II, and declare that the information on lines 6 through 8 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my on-line filing company and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1996 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent that the electronic portion of my return be sent to the IRS by my on-line filing company.



**Sign Here** ► _____  ► _____
         Your Signature            Date            Spouse's Signature (if a joint return, **both** must sign)   Date

Form **8453-OL** (1996)

FDIA6001  11/30/96