IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMPLIFICATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK FINANCIAL CORPORATION, and<br>H&R BLOCK DIGITAL TAX SOLUTIONS,<br>INC.,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 03-355 (JJF)<br>) C.A. No. 04-114 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS BLOCK FINANCIAL CORPORATION AND
H&R BLOCK DIGITAL TAX SOLUTIONS, INC.
FOR SUMMARY JUDGMENT**

Defendants Block Financial Corporation and H&R Block Digital Tax Solutions, Inc. (collectively "Block"), respectfully move for summary judgment pursuant to Fed. R. Civ. P. 56. Summary Judgment is warranted in this case as the asserted claims of United States Patent No. 6,202,052 and United States Patent No. 6,697,787 (the "patents-in-suit") are invalid and the accused products do not infringe the patents-in-suit. Therefore, Block respectfully requests that the Court enter the attached Order granting its Motion for Summary Judgment. The grounds for this motion are set forth in more detail in Defendants' Opening Brief in Support of their Motion for Summary Judgment that is being filed concurrently herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (#3362)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
Jeffrey T. Castellano (#4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:
Jeffrey S. Standley
F. Michael Speed, Jr.
Mark R. Engle
STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017
(614) 792-5555

*Attorneys for Defendants,*
*Block Financial Corporation and*
*H&R Block Digital Tax Solutions, Inc.*

Dated: October 31, 2008

# CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on October 31, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on October 31, 2008, I caused a copy of the foregoing document to be served by hand-delivery and e-mail on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Julie A. Petruzzelli, Esquire [japetruzzelli@venable.com]
> Peter J. Curtin, Esquire [pjcurtin@venable.com]
> Venable LLP
> 575-7th Street, N.W.
> Washington, DC 20004

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen E. Keller
> John W. Shaw (No. 3362)
> Karen E. Keller (No. 4489)
> Jeffrey T. Castellano (No. 4837)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kkeller@ycst.com
>
> *Attorneys for Defendants*