IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMPLIFICATION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 03-355 (JJF) |
| v. | ) C.A. No. 04-114 (JJF) |
| | ) |
| | ) CONFIDENTIAL - |
| BLOCK FINANCIAL CORPORATION, and | ) FILED UNDER SEAL |
| H&R BLOCK DIGITAL TAX SOLUTIONS, | ) REDACTED PUBLIC VERSION FILED |
| INC., | ) |
| | ) NOVEMBER 6, 2008 |
| Defendants. | ) |

### DECLARATION OF GARY TINKEL

I, Gary Tinkel, am competent to testify about the matters herein.

1. I am the president of HilBren Consulting, a software consulting firm headquartered in Monroe Township, New Jersey.

2. In the regular course of my employment, I spend much time doing consulting for banks, brokerage firms, and the federal government.

3. I have extensive experience in designing and programming automated processing systems, including electronic data gathering, automated calculations, document creation, and electronic funds transfer.

4. My expert qualifications are attached to this declaration as Exhibit A.

5. I have analyzed the claims, specification, and the prosecution history of U.S. Patent No. 6,202,052.

6. I have analyzed the claims, specification, and the prosecution history of U.S. Patent No. 6,697,787.

7. I have analyzed, reviewed, and tested the accused software, including TaxCut 2001 and TaxCut 2003.

8. My analysis and testing included installing and operating the accused software, including TaxCut 2001 and 2003.

9. My analysis and testing of the accused software included entering data to simulate the preparation of a tax return using the software.

10. I have interviewed Derek Swords, a Block employee who is knowledgeable regarding the Technical features of the Block TaxCut and OTP products.

11. I understand the principles of patent infringement and know what is required for an accused product to literally infringe a patent claim as well as what is required for an accused product to infringe a claim under the doctrine of equivalents.

12. I know that the law requires patent claims to be interpreted as one skilled in the art would understand the claims read in light of the specification.

13. I have reviewed the claim constructions proposed by Block as well as those proposed by Simplification.

14. In forming my opinions I have relied on Block's proposed claim constructions.

15. The claims of the patents-in-suit require a fully-automated system for tax reporting.

16. Each of the claim limitations of the patents-in-suit, as part of a fully-automated system, must be performed essentially without any manual intervention.

17. I understand that Block sold products utilizing a feature referred to as Auto-Entry from November 2001 through August 2005 and that Auto Entry feature enabled TaxCut users to upload specific financial data from certain third parties.

18. It is my opinion that the Auto-Entry feature did not cause the TaxCut software to be a fully-automated.

19. For the purposes of an infringement analysis in the case where Block's proposed claim constructions have been adopted, TaxCut and OTP can be treated equivalently.

20. If the Court is to adopt Block's proposed claim constructions it follows that neither Block's TaxCut product nor its OTP product infringe any of the asserted claims because neither TaxCut nor OTP is fully-automated.

21. Neither TaxCut nor OTP is fully automated because both products require extensive manual intervention to complete a tax return.

22. The manual intervention required to complete a tax return using the accused products persists at least from the time they are initiated until a user manually enters an instruction to file the completed tax return.

23. Figure 1, which is attached to this declaration as Exhibit B, is a true and accurate screenshot of Block's TaxCut product and highlights some of the manual intervention required by the Block Products in completing a tax return.

24. TaxCut and OTP both require the manual input of tax data from tax data providers by which the patents specifically call for electronic collection: TaxCut and OTP are not fully-automated systems.

25. TaxCut and OTP both require the manual entry of charity tax data while the patents-in-suit require this data to be electronically collected: TaxCut and OTP are not fully-automated systems.

26. Figure 2, which is attached to this declaration as Exhibit C, is a true and accurate screenshot of Block's TaxCut product and highlights that Block's products require the manual entry of charity tax data.

27. Figure 3, which is attached to this declaration as Exhibit D, is a true and accurate copy of Figure 2 of U.S. Patent No. 6,202,052 and shows that in the claimed system, charity tax data is collected automatically by the electronic intermediary with no manual intervention.

28. TaxCut and OTP both require an extensive amount of data that is entered by the taxpayer by point and clicking with a mouse or keyboard as he proceeds through the system: TaxCut and OTP are not fully automated systems.

29. Figure 4, which is attached to this declaration as Exhibit E, is a true and accurate screenshot of Block's TaxCut product and highlights that the Taxpayer must manually enter tax data by point and clicking with a mouse or keyboard as he proceeds through Block's system.

30. TaxCut and OTP both require the manual entry of bank tax data – the patents-in-suit claim a system where the electronic intermediary automatically connects electronically to the taxpayer's bank using electronic links and electronically collects tax data without any manual intervention: TaxCut and OTP are not fully-automated systems.

31. Figure 5, which is attached to the declaration as Exhibit F, is a true and accurate screenshot of Block's TaxCut product highlighting that Block's systems require the taxpayer to manually enter tax data from the taxpayer's bank.

32. Figure 3, also shows that in the claimed system, tax data from the taxpayer's bank is collected automatically by the electronic intermediary with no manual intervention. Ex. D.

33. TaxCut and OTP both require the manual entry of tax data from the Taxpayer's Other Tax Data Providers such as the manual entry of the Taxpayer's social

security payment data from the Social Security Administration: TaxCut and OTP are not fully-automated systems.

34. Figure 6, which is attached to this declaration as Exhibit G, is a true and accurate screenshot of Block's TaxCut product highlighting that Block's systems require the taxpayer to manually enter tax data from other tax data providers including the Social Security Administration.

35. TaxCut and OTP both require manual input before the preparation of the tax return is finalized while the system of the patents-in-suit does not encompass manual input outside of a single initiation step: TaxCut and OTP are not fully-automated systems.

36. Figure 7, which is attached to the declaration as Exhibit H, is a true and accurate screenshot of Block's TaxCut product highlighting that Block's systems require the taxpayer to manually intervene before preparation is finalized.

REDACTED

38. I understand that means-plus-function claims must be definite.

39. I understand that in order to satisfy the definiteness requirement, a computer-implemented means-plus function element requires that a corresponding algorithm for performing the claimed function is disclosed in the specification.

40. The common specification of the patents-in-suit does not contain a single algorithm for performing any of the computer-implemented means-plus-function elements in the claims.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and accurate to the best of my knowledge.

Date: 10/31/08

Gary L. Tinkel

EXHIBIT A

**EXPERT QUALIFICATIONS OF GARY TINKEL**

I am the president of HilBren Consulting Services, a software consulting firm headquartered in Monroe Township, New Jersey, and have worked in that capacity since 1988. In that capacity, I have, and continue to, consult for banks, brokerage firms and the federal government, including the Department of Defense, in designing and programming financial systems. This includes payment and check processing systems, direct deposit and electronic funds transfer ("EFT") systems, real time trading systems, and automated processing and payment systems.

As my curriculum vitae details, I have extensive experience in designing and programming automated processing systems, including Electronic data gathering, automated calculations, document creation and electronic funds transfer. I received a B.S. in Electrical Engineering from Polytechnic Institute of Brooklyn in 1970 and a M.S. in Operations Research from Polytechnic Institute of Brooklyn in 1973. I attended finance courses towards an MBA in Finance at New York University from 1975 through 1978. In furtherance of my profession, I have attended many seminars and training classes dealing with such topics as real-time trading applications and money transfer, database design (ORACLE, Sybase, SQL Server, Access, and others), operating systems, programming languages (C, COBOL, ASP.NET, FORTRAN, Visual Basic, VB.NET), and various design courses.

From 1974 to 1977, I was employed as the project leader for systems and programming of the Federal Reserve Bank, New York Branch. My responsibilities included supporting and maintaining the Federal Reserve Reporting & Discount Loan Rate System including supporting an on-line data transmission to other Federal Reserve Banks. As project leader, I acquired in depth knowledge of the Federal Banking system and the operations of the Federal Reserve.

From 1977 to 1984, I was manager of systems and programming for various New York City banks including CitiBank and Chemical Bank where I worked on payment processing, various real time trading systems (Precious Metals, Financial Futures and Foreign Exchange), electronic fund transfers (EFT), and back office accounting systems. From 1984 to 1987, I was the manager of the Financial Products Development and Support Group for General Automation, a computer manufacturer, where I designed and programmed EFT payment systems using the Society of Worldwide Interbank Financial Telecommunications
(SWIFT) network and the New York Clearing House (CHIPS) network as well as a real time Foreign Exchange processing system.

From 1988 to the present, I have worked on developing various real time applications including an automated travel processing system for the U.S. Government, data collection systems for various heath care industry clients, and have worked on an automated trading system for convertible bonds for a brokerage concern. Additionally, I have been a member of the Independent Computer Consultants Association (ICCA) for the past nineteen years. I have served the ICCA in various capacities, including acting as president, director, and treasurer of the New Jersey Chapter. I have also designed, programmed, and maintained databases for various clients using such packages as Oracle, Sybase ASA, SQL Server, and Access.

**Gary L. Tinkel**

President, HilBren Consulting Services Inc.
287 Valencia Dr.
Monroe Twp., NJ 08831
Phone (732) 545-7913
Fax: (609) 448-0562
E-Mail: gtinkel@hilbren.com

### Areas of Expertise

Consulting to various Federal agencies in the area of automated Travel Reimbursement Systems, Accounting applications, Payroll and payment/disbursing processing. Experience includes designing systems calculating and apply Government regulations, automate office procedures, track outstanding funds and agency hardware procurement.

Expert Consultant/Witness in Computer based Financial, Brokerage, Banking and Accounting systems. Proficiencies include fraud, systems tampering, false product claims, financial systems modeling, litigation support and copyright infringement.

Wholesale Banking applications, specializing in Foreign Exchange, Loans and Deposits, CD, Eurodollar and Precious Metals Trading, Funds Transfer and Accounting Support systems. This also includes the design and programming of trading simulation systems and evaluation and recommendation of commercial products.

Project management and systems design for networked minicomputer and PC based systems including Feasibility, design, Network selection, Database design and installation and implementation.

Design of Brokerage Trading systems which included Block Trading, Corporate and Municipal Bonds, OTC Trading, Precious Metals and Financial Futures. Additional expertise in payment processing systems including Electronic Funds Transfer and check processing.

### Education

B.S. in Electrical Engineering from Polytechnic Institute of Brooklyn, 1970

M.S. in Operations Research from Polytechnic Institute of Brooklyn, 1973

MBA program in Finance, New York University

Thirty Seven years of experience in the Finance and Data Processing field, the past twenty one as President of HilBren Consulting Services.

Various seminars and college level courses in the computer, networking and International Finance fields.

## Accomplishments

Expert Consultant in Patent Infringement matter between two software firms. Work involved deconstructing a Financial Software package to determine if and how it infringed on existing patents and reporting on findings.

Expert Consultant/Witness in Computer based Commodities Trading fraud case. Work product included reconstruction of Commodities trades, computer modeling of Plaintiff's trading system for damage analysis and possible fraud. Additional support work included analyzing algorithms contained within a computer system for validity and the proper use of data, the resulting in a re-constructed computer model to calculate alternate damage analysis. Testified in court and at Arbitration hearing.

Expert Consultant/Witness in computer software copyright infringement suit involving specialized financial software. Involvement included study of system software and hardware, commercial applicability of the product based on industry study and an overall product design analysis. Testified at Arbitration hearing

Expert Consultant in a fraudulent computer system design, hardware selection and installation. Matter involved study of clients' document work flow and volume, presentation of data and data retrieval. Additional duties included program code analysis, study of the causes of errors within the system and problems due to incorrect system specifications and user error

Designed, implemented and supported various Foreign Exchange Trading and Accounting systems, Commercial Loans and Deposits Trading systems (which included Letters of Credit, Euro-Dollars and CD'S), Precious Metals trading systems and Financial Futures trading systems. Responsibilities included Trader support, automated funds transfer and trade simulation sub-systems (developed internally or enhanced from commercially available packages), generating and implementing test plans and interface with back office operations staff and management.

Designed and implemented several Automated Funds & Message Transfer systems for a major Money Center banks as well as a software development company.

Designed an Automated Funds & Message Transfer system including SWIFT and FEDWIRE interfaces.

Supported and maintained Federal Reserve Reporting & Discount Loan Rate system including supporting an on-line data transmission to other Federal Reserve Banks. Retained in-depth knowledge of the Federal Banking system and the operations of the Federal Reserve.

Financial Systems product manager for a major mini-computer vendor. Responsibilities included commercial Banking and Brokerage systems design, sales support and hardware installation.

Consultant to several money center and foreign banks in the area of PC and Mainframe based Foreign Exchange and Precious Metals Trading systems.

Designed, programmed and supported a PC based inventory posting and reporting system for a Human Tissue Bank company.

Supported and maintained a PC based system for a major Blood Plasma Distributing company.

Designed an Automated Funds & Message Transfer system including SWIFT and FEDWIRE interfaces.

Expert Consultant to a Plastics Manufacturing company in the area of computer loss insurance litigation

Design, Installation & Support of a PC Network based Travel Reimbursement, Tracking and History system. System software which included interfaces with other Government accounting, payroll and disbursing systems. Responsibilities also included knowledge of Federal Government Contract bidding and procurement. This system is currently in use in all branches of the US Military, DFAS, DLA, HUD, the Coast Guard and other agencies.

Professional History

Principal - HilBren Consulting Services Financial & Banking EDP consulting company.
Clients includes various Department of Defense and Federal Agencies, five major NYC Commercial
Banks, several major NYC Law firms, Investment Banking Companies, National Brokerage
firms and other commercial corporations.

Manager, Financial Products Development and Support Group - Major Minicomputer manufacturer.
Responsibilities included Product design and development of Financial products, staff and budgetary
responsibility and sales support.

Project Manager – New products development department at Dean Witter, Reynolds & Co.
Responsibilities included research and design of an online Block Trading system for volume stock trades.

Manager, Systems and Programming - Foreign Exchange and Loans & Deposits departments in several
major NYC banks. Duties also included trader support and data center manager.

Project Leader, Systems and Programming - Reserve Banking & Foreign Exchange departments for the
Federal Reserve Bank.

Engineering Project Manager - Programming, design and installation analysis for a major
telecommunications corporation.


Hardware and Software Expertise

Intel Based PC Based systems
Digital Equipment Corporation PDP 11/30, 11/45, 11/70, VAX
IBM 1140, 360 370 43xx series
PC Networking including Novell Netware and Windows NT/2000/XP/2003

Operating Systems: OS, MVS, VM, RSTS-E, RSX-11, VMS, IAS, MS-DOS &
Windows 95/98/NT/2000/XP and others.

Languages: Basic, Visual Basic, VB.NET, ASP.NET, COBOL, FORTRAN, PL-1, C, C++, SQL, JAVA.

Software: Written applications using ORACLE , SQL Server, Access, Sybase relational database
systems, Clipper, Paradox, Btrieve, and Excel.
Working knowledge of other like software packages.

Professional Associations & Education

Treasurer and former President of the Northern New Jersey chapter of the Independent Computer
Consultants Association. Member for 18 years.

Database Administrators certificates for Novell NetWare, Sybase SQL Anywhere and Oracle 7 & 8
systems.

Certified Btrieve Applications Consultant.

Former member IEEE

<u>Work and Contracts for the past Five years</u>

1. Professional Software Consortium
   Richard Gorsack, President
   65 Madison Ave
   Morristown, NJ
   Software and database development for various clients of firm since 1982

2. Gibbons, Del Deo, Dolan Griffinger & Vecchione
   Peter Corbin, Esq.
   One Penn Plaza
   New York, NY
   Expert Consultant  <u>Intell-A-Check v. AutoSCribe et al.</u>
   Assignment start: 4/2003      Deposition: 2/2005

3. Kirkland & Ellis, LLP
   Aaron Charfoss,Esq
   200 E. Randolph Dr
   Chicago, Ill
   Expert Consultant - <u>LML Patent Corp. v. TeleCheck Svcs, Electronic Clearing House & Nova Info Svcs</u>
   Assignment Start: 8/2004          Deposition: 9/2005

4. Bond, Schoeneck & King
   Edward Nocilly, Esq.
   One Lincoln Ct
   Syracuse, NY
   Expert Consultant - <u>Finatek LLC v. Capital Market Services Inc</u>
   Assignment Start:  1/31/05

5. PA Plasma
   Martin Kamins
   203 North Center Drive
   North Brunswick, NJ
   Development and maintenance of a Plasma Tracking system since 2000

6. Fullbright & Jaworski LLP
   Miriam Quinn, Esq.
   2200 Ross Ave
   Dallas, TX
   Expert Consultant - <u>Data  Treasury v. CitiBank</u>
   Assignment Start: 2/2006

7. Hinman, Howard & Katell, LLP
   Albert Millus, Esq
   80 Exchange Street
   Binghamton, NY  13902
   Expert Consultant - <u>MSI v. SMI et. al</u>
   Assignment Start: 10/2007

8. Standley Law Group, LLP
   Mark Engle, Esq.
   495 Metro Pl South
   Dublin, OH 43017
   Expert Consultant - <u>Simplification LLC v. Block Financial</u>
   Assignment Start: 6/2008

## Litigation Experience

*6/2008 – present: Standley Law Group, LLP*
Expert Consultant services related to Patent Infringement issue concerning an automated Tax Preparation system. Work includes prior art research, patent analysis, software and program analysis and production of Experts report.
Representing the Defendant: Case ongoing
<u>Simplification LLC v. Block Financial Corp, et al.  Civil Action No. 03-116 KAJ</u>

*10/2007 – present: Hinman, Howard & Katell, LLP*
Expert Consultant services related to Copyright Infringement issue concerning an automated Life Insurance Software system. Work includes software and program analysis and document review.
Representing the Defendant: Case ongoing
<u>Member Bank Services v. Security Mutual Life Insurance Co - Civil Action No.:  3:6-CV-1164 TJM/DEP</u>

*11/16/05 – 5/08:Fullbright & Jaworski LLP*
Expert Consultant services related to Patent Infringement issue for automated check and image process system. Work includes Patent and prior art research and creation of an Experts report.
Representing the Defendant: Case settled
<u>Data  Treasury v. CitiBank Civil Action No. 2-05CV-294</u>

*2/14/05 – 8/07: Bond, Schoeneck & King*
Expert consultant services relating to copyright infringement for a computer based Foreign Exchange Trading System. Work includes software and program analysis, independent research and production of an Experts report.
Representing the Defendant: Case settled favorably. Deposition  taken
<u>Finatek LLC v. Capital Market Services Inc.</u> US District Court - Southern District of NY  No.04-CV-5267

*5/1/05 – 1/1/07: Logicom, et.al v. W.P.Stewart & Co.Et.al.*
Expert consultant services relating to copyright infringement for a computer based Trading and Order Entry System. Work includes production of an Experts Report and follow up analysis.
Representing the Plaintiff.

*6/1/04 –4/1/06: Kirkland & Ellis, LLP*
Expert consultant services relating to a Patent Infringement issue for an Automated Check Clearing System. Work includes Patent research and analysis, program code analysis and discovery support. Authored an Experts Report and rebuttal Non-Validity report.  Deposition  taken.
Represented the Plaintiff. Case settled favorably.
<u>LML Patent Corp. v. TeleCheck Svcs, Electronic Clearing House & Nova Info Svcs</u>. Civil Action No. 08-858

*3/10/03 – 3/05: Gibbons, Del Deo, Dolan Griffinger & Vecchione*
 Expert consultant service relating to Patent Infringement for an Automated Check Writing system.
 Work includes analysis of Patents with respect to operation, coding and design of competing software
 Packages and preparation of Experts Report.  Deposition  taken.
Representing the Plaintiff. Case settled favorably.
<u>Intell-A-Check v. AutoScribe , et al</u>. Civil Action No: 01-4625

*7/13/01 – 12/31/01: Epstein Becker & Greene, P.C.*
 Expert consultant services in a matter relating restraint of trade between a software company and
 brokerage firm. Work included technical analysis, document review and preparation of Experts report.
 Represented the Defendant. Case settled favorably.  Deposition  taken
 <u>InterVest Financial Services v. Bear Stearns Co.,et al</u>  E.D.Pa No.99-CV-5463

*8/25/00 – 11/01/00: Elliott, Reihner, Siedzikowski & Egan, P.C.*
 Expert consulting services relating to dispute concerning breach of contract of a custom created software
 system. Represented the Defendant. Case settled favorably.
 <u>Palma, Lazar & Ulsh, LLP v. Paragon Systems Inc</u>.  Civil Action 00-108

*9/98 – 2/10/01: Paul Johnson Park & Niles*
 Expert consulting services relating to dispute concerning improper consulting services and project
 management.  Represented the Plaintiff. Case settled favorably.
 <u>Straub Clinic & Hospital , Inc. v. Peat Marwick, et al</u>. Civil No. 93-0646-02

*6/19/99 – 8/31/99: Dwyer Imanaka Schraff Kudo Meyer & Fujimoto*
Expert consultant services in dispute involving breach of services due to improperly designed custom
financial software. Represented the Plaintiff. Case settled.
City Bank v. CFI ProServices Inc. Arbitration #99-0044-A

*8/13/97 – 11/17/97: Gadsby & Hannah LLP*
Expert consultant services in dispute involving custom software and off-the shelf banking software.
Represented the Plaintiff. Case settled.
Ceska Sporitelna a.s.v. Unisys Corp. C.A. 96-CV-4152

.

*12/1/94 – 6/31/96: Morrison Cohen Singer & Weinstein*
Expert consultant services in dispute involving software piracy, copyright violation and intellectual
property theft. Work included production of an Experts Report. Testified at Deposition & Arbitration hearing.
Represented the Plaintiff. Case settled favorably.
Boyd et al. v. McMahan & Co.et al. NASD Case 93-02114

*8/31/92 – 8/30/94: Morrison Cohen Singer & Weinstein*
Expert consultant services in dispute involving in financial loses due to systems changes and cash
withdrawals. Involved in litigation support and production of an Experts Report. Testified at Arbitration hearing.
Represented the Defendant. Case settled favorably.
Dunn New Funds v. McMahan & Co. American Stock Exchange Arbitration Index No. 14819/92

*4/29/91- 8/30/92: Morrison Cohen Singer & Weinstein*
Expert consultant services in dispute involving in financial loses due to systems tampering and program
modifications. Extensive litigation support involved. Court testimony in Florida and Arbitration
hearing testimony in New York. Represented the Plaintiff. Case settled favorably.
McMahan & Co. v. Dunn et al American Stock Exchange Arbitration

*6/31/89 – 2/28/90: Cadwalader, Wickersham & Taft*
Expert consultant services in dispute involving in financial loses due to systems tampering and program
modifications. Represented the Plaintiff. Change in venue. - McMahan & Co. v. Dunn et al.



EXHIBIT B



Figure 1: Manual Input is Required to Complete a Tax Return Using Block's Products

EXHIBIT C



Figure 2: Charitable Contributions Must Be Entered Manually Using Block's Products



EXHIBIT D



Figure 3: Figure 2 from U.S. Patent No. 6,202,052



EXHIBIT E



Figure 4: The Taxpayer must point and click to manually enter tax data as he completes his tax return using Block's system

EXHIBIT F



Figure 5: Tax data from the taxpayer's bank must be entered manually into Block's system

EXHIBIT G



Figure 6: Block's systems require the taxpayer to manually enter tax data from other tax data providers

EXHIBIT H



Figure 7: Manual Intervention is Required by Block's Products Before Preparation of the
Tax Return is Finalized