IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMPLIFICATION LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BLOCK FINANCIAL CORPORATION and<br>HRB DIGITAL, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 03-355 (JJF)<br>)   C.A. No. 04-114 (JJF)<br>)   CONSOLIDATED<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff's claims in this matter are dismissed WITH PREJUDICE;

2. Defendants' counterclaim of non-infringement in this matter is dismissed as now MOOT; and

3. Defendants' counterclaims of invalidity and unenforceability in this matter are dismissed WITHOUT PREJUDICE.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| */s/ Mary B. Graham* | */s/ Karen E. Keller* |
| Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Plaintiff Simplification LLC* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com<br>*Attorneys for Defendants Block Financial Corporation and HRB Digital, LLC* |

2742356

SO ORDERED this 25 day of February, 2009

_____
U.S. District Judge